**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Charles Thomas Hobbs and Mary Hobbs, Petitioners,

v.

Fairway Oaks Homeowners Association, Respondent.

Appellate Case No. 2018-000506

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal from Pickens County
Edward W. Miller, Circuit Court Judge

———————

Memorandum Opinion No. 2019-MO-028
Heard May 30, 2019 – Filed June 5, 2019

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Raymond Talmage Wooten, of Smith, Jordan and Lavery, P.A., of Easley, for Petitioners.

Wesley Brian Sawyer and John Robert Murphy, both of Murphy & Grantland, P.A., of Columbia, for Respondent.

———————

**PER CURIAM:**  We granted Charles and Mary Hobbs' petition for a writ of certiorari to review the court of appeals' decision in *Hobbs v. Fairway Oaks Homeowners Ass'n*, Op. No. 2018-UP-011 (S.C. Ct. App. filed Jan. 10, 2018).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**